Oct 2013 discussed spread sheet

Oct 23 Dealing with difficult pt's stand down day by MMC medical staff

Nov 12-2013 nurses meeting with Anna cancelled

11-27-13 GIM meeting at MMC with Patty Young , requested clarification on spread sheet ( Patty was not aware of Spread sheet )

12-2-13 spread sheet came out no explanation given nor length of trial

12-2-13 walk  arounds ( Dr Sattovia , Dr Hingle )

12-6-13 meeting in HR to discuss disciplinary action suspended

12-9-13 thru 12-20-13 no pay

2-14-14 speaker California came , discussed leadership and communication between staff everyone working together

**SIU SOM Mission Statement**
*The mission of SIU School of Medicine is to assist the people of central and southern Illinois in meeting their health care needs through education, patient care, research and service to the community.*

**SIU Internal Medicine Credo**
*Working together, with pride and enthusiasm, we make SIU Internal Medicine the exceptional experience for our community, our customers, and ourselves.*

## Walk Rounds Protocol: "How can we help you be exceptional?"

**Purpose of Walk Rounds**
To create dialog regarding, but not limited to issues surrounding:
- Patient safety and satisfaction
- Quality of care
- Physical environment
- Workflow
- Technology and equipment
- Staff safety and satisfaction
- Teamwork

**What You Can Expect**
During walk rounds the department hopes to facilitate more productive relationships.
- Each clinical and administrative area will be visited 2-3 times per year.
- Participants include a departmental administrator, department chair, nursing management, quality and safety officer and other guests as needed.
- We want to visit during busy times...by visiting staff, faculty and learners in their busy workflow, we often discover issues that are highly relevant to day to day work that might otherwise go unreported.

The following steps are typically followed (sample questions are in quotes):
- Introductions
- Expectations
    - "We appreciate your honesty and professionalism in this process. What would you like to talk about?"
- Positives
    - "What is the best part about your job?"
    - "What does your team do really well?"
    - "What can the rest of the department learn from your work?"
- Concerns
    - "Do you feel that you have the necessary tools and support to achieve our Credo?"
    - "Were you able to care for your patients this week as safely as possible? If not, why?"
    - "If you could do your work differently, how would you do it?"
- Follow-up! (this is a work in progress, expect to see results!)

# SIU School of Medicine     CAMPUS MEMO

March 18, 2014

TO:   Lisa Hensley/Louise Hale

FR:   Teresa Smoot, Labor Relations Specialist   *Teresa Smoot*

RE:   A14-16, 3rd Step Grievance

In response to the above referenced grievance, a 3rd Step grievance meeting was held on December 23, 2013 in the Office of Human Resources. The meeting was attended by Lisa Hensley (Union Steward), Louise Hale (Grievant), and Teresa Smoot (Labor Relations Specialist.) The parties discussed the facts of the grievance and agreed the Union would amend it. While all of the allegations made in the original grievance were discussed, this response only addresses the allegations in the amended grievance.

The grievant served a ten (10) day suspension for Insubordination presented by Angie Doolin, Assistant Director of Human Resources. In particular, the grievant was insubordinate when she failed to address operational concerns through her chain of command. The grievant never denied she has been directed on this subject on numerous occasions. The Union defended the grievant's disregard for this direction by asserting she properly used the venue of Walk Rounds to voice her concerns.

This defense is problematic given the Walk Rounds was not the only venue the grievant availed herself. During the pre-disciplinary meeting, Doolin asked the grievant if she knew why she was called to the meeting. The grievant explained that when she received notice of the meeting, she knew she was in trouble for talking to a physician about the new schedule implemented by her supervisor. This conversation was not during Walk Rounds. The Union objected to using this information against the grievant as it was not part of the summary of information. That is true.

The information the grievant shared at the beginning of the meeting was not part of the summary. However, the purpose of the pre-disciplinary meeting is to give employees the opportunity to defend/explain their actions. The summary is not always all inclusive. In fact, on numerous occasions, the employee provides information that renders the summary inaccurate. Simply because the additional information provided to Doolin was incriminating, it doesn't mean the information could not be used in Doolin's final decision.

The grievant does not deny she has been directed to address concerns through the chain of command. The grievant does not deny she disobeyed this direction. This fits the very definition of insubordination.

Based on the foregoing, I deny the grievance.

**Subject:** Walk Rounds
**From:** Anna Baker <abaker@siumed.edu>
**Date:** 6/2/2014 9:23 AM
**To:** Sherry Cline <scline@siumed.edu>, spierson <spierson@siumed.edu>, shirley lotz <slotz@siumed.edu>, lhale <lhale@siumed.edu>, Lisa Griffin <lgriffin@siumed.edu>, Amy Goldesberry <agoldesberry@siumed.edu>, Charlisa Woodward <cwoodward@siumed.edu>, Betty Hamilton <bhamilton@siumed.edu>, Jennifer Abney <jabney@siumed.edu>, Jessica Barney <jbarney@siumed.edu>, drinehart31@siumed.edu
**CC:** "Patricia (Patty) Young" <pyoung@siumed.edu>

Reminder:
Another session of Walk Rounds for Derm has been scheduled for June 27th at 11am. Members of IM administration will be coming around to see how things are going in the clinic and if there is anything they can do to help improve things in clinic. Please remember to be professional and give constructive feedback. Thanks!

Anna

Anna Baker <abaker@siumed.edu>
Health Care Administrator II
Internal Medicine - Dermatology and Gastroenterology
SIU HealthCare

---

*Handwritten notes:*

Patient Safety Executive Walk Rounds
No protocol at this time - communication
1) What can & can not be discussed during walk rounds
2) data delivery
   set rules
Projects/walk rounds
Health Research & Educational trust
   HRET
SAQ Safety Attitudes Questionnaire

Protocols are predetermined systems of steps or rules for performing an action. They have a wide range of applications, including medicine, technology, communications and research.

Ensure a procedure is performed the same way each time.

20 June, 2014

To whom it may concern,

I am writing this in regards to a disciplinary action that was taken against my co-worker, Louise Hale, LPN. We work together in the Dept. of Dermatology @SIU Clinic. Keep in mind that these incidents occured over 6 months ago and I may not recall exact dates, etc. Also know that I gave a lengthy statement to Angie Doolin --Human Resources (at her request) and that my union steward, Eileen DiBartolomeo was present.

I belive that the situation was due to an inner-office conflict between 2 other nurses that was never dealt with by supervisors / managers, back in October of 2013. In the past, it was the routine in our department to practice team nursing: 2 nurses assigned to cover phones / paperwork and 4 nurses on the floor to run clinic. The 2 nurses mentioned above were on the same phone rotation together. One nurse (Heather Tracey) felt that the other (Sherry Cline) was not keeping up with workload while on phone duty. She was either unwilling or uncapable of performing her duties as phone nurse. The rest of the nursing staff also shared the opinion that she had difficulty handling the responcibilities that come with being on phones. This was voiced to our supervisor, Anna Baker. She spoke to them individually but not together. We had suggested not putting them on the same phone rotation together. The problem was not addressed with our nursing staff as a whole. The situation did not improve.

The "spread-sheet" was given to us in December of 2013. It assigned / divided duties among the nursing staff. We had no input. The nursing staff did not feel it was the most efficent way to run / staff the department, but we had no say in the matter. It was quite frustrating because the person who created the spread-sheet has never worked in ourdepartment (Anna). No one refused to follow the spread-sheet but it definitely caused stress and diminished morale. To make matters worse, it allowed for only one nurse to cover phones and the first nurse up for this assigment was Sherry Cline. The nursing staff as a whole did not feel that having only one nurse handle phone calls, refills, faxes, paperwork, etc. was realistic. I, myself, voiced this to Anna.

It was during an administrative "Walk-About" that was scheduled in December that the spread-sheet topic came up again. Dr.'s Hingle & Sattovia came into our department during clinic. It was a very busy day. They came into the nurses office and asked, "How are things going?" No one said anything and then Dr. Sattovia said, "We can't fix problems if no one tells us about them." Louise then showed them the spread-sheet and said that we were given new assignments for the job duties in our department by Anna and that we had no input on it & that we were unclear as to

how this was supposed to make our department run more efficiently? She was not coarse or disrespectful in any way. She never stated or implied that she would not follow the spread-sheet assignments but was simply voicing concern and wanting it made more clear as to why this strategy for staffing was supposed to improve efficiency.

I believe that it was the same day that the spread-sheet was brought to the attention of Dr. Morgan Wilson, one of our faculty doctors. It was late in the afternoon and he came into the nurses office to drop some paperwork in a "wall-pocket" that we have for incoming forms, faxes, etc. This was routinely checked throughout the day by the phone nurses, prior to the implementing of the spread-sheet. According to the spread-sheet, because there would be only one nurse answering phones, all paperwork was to be handled on Wednesday & Friday afternoons. These are afternoons that we don't have clinic scheduled. When Louise saw Dr. Wilson put the papers in the wall-pocket, she asked him if they were urgent because otherwise they wouldn't be reviewed until Wed. or Friday. He asked her why and she told him that a new procedure had been put in place for nursing to deal with paperwork / forms / faxes, etc. She said we were told that unless it was something urgent, paperwork was to be done on Wed. or Friday afternoons. She then showed him the spread-sheet. He was unclear as to why this new process has been put in place. She told him that Anna developed it (without our input) and gave it to the nursing staff, and we were also unclear as to how it was supposed to enhance the functioning of the department. Again, she never stated that she was not going to follow it.

With all of the above in mind, it came as a complete shock to us all when Louise was called to H.R. the first week of December, 2013 to discuss "disciplinary action." None of us could figure what she had done wrong. Another jolt came after her meeting with H.R. when we found out that she had been suspended for 2weeks without pay! All of this due to the spread-sheet! She had only voiced her opinion and wanted clarification. What had she done that wrong? All of the nurses had issues with the new assignments. Clearly, she was being singled out. She did not deserve any punitive measures, let alone 2weeks suspension with no pay! She did nothing wrong! I support her 100% and hope she will be vindicated. If I can answer any other questions, please do not hesitate to contact me.

Sincerely,

Lisa A. Griffin, LPN

*Lisa A. Griffin*
217-899-7959

RE: Louise Hale                                          June 18, 2014

To Whom it may concern,

In Oct. 2013, Supervisor Anna Baker sent out an email that sent out a template of some information regarding organizing the Dermatology nursing staff with daily duties and lunch times that was to go into action soon. It was stated that there would be a nursing meeting to discuss the matter, but no such meeting happened. When there was a meeting after the spreadsheet was passed out to the Derm. Staff nurses, the questions about the spreadsheet were suppressed as this was the new way of organizing staff and there was no further discussion to it.

Nov 2013 Internal Medicine Meeting, the spread sheet was discussed and Patty Young stated that the spread sheet was a "temporary" measure. No further information was given. She was not clear about the spreadsheet and did not seem to know about the origin of it.

Dec. 2013 Spread sheet was given out to Derm. Nursing staff, with no meeting, other than Anna handing it out to staff and answering a few questions from her standing in the hallway by the nurses' office. It was a busy clinic day. ( I was out in the hallway with another nurse trying to take care of patients.)

Dec 2013 Walk About with Dr Sattovia/ Dr Hingle—Busy clinic day—Dr Sattovia asked for Derm nurses feedback on any issues they were having. She kept asking for more issues and "if we had any problems". It was a busy clinic day. (I was out in the hallway again trying to take care of patients and clinic duties.) Dr Sattovia and the other Walk about staff were in the Derm nurses office with Louise and another nurse or two, who were discussing some issues with not having blood pressure cuffs that would work and the spreadsheet issue. I am not sure what else was discussed due to I kept having to room patients.

The spreadsheet issue of how to organize the nursing staff was one that the nursing staff wanted to discuss with Anna as a group ,but this was never, and has never to this day been done. It was felt that there were some issues with the clinic flow and nursing personalities that could have been resolved before staff transferred to other dept.'s and/or changed job duties. There are still

communication and staffing issues that the spreadsheet does not address, that are still of concern with new staff coming into the clinic.

Louise was not the only one that expressed concern about the spreadsheet and the need to discuss it more with Anna, but seems to be the only one receiving punishment for her need for clarification.

*Stotzer*

Staff Expectations:

1. Demonstrate punctuality and good attendance.
2. Be polite and courteous to others.
3. Behave professionally.
4. Provide good customer service –internal as well as external customers.
5. Respond to all patient flags the same day.
6. Be flexible.
7. Ask if you are not sure how to do something.
8. Help others when you are caught up/ use time wisely.
9. Work as a team.
10. Attend staff meetings.
11. Check your email DAILY.

Ways to EXCEED expectations:

1. Look for opportunities to learn and challenge yourself.
2. Go the extra mile for internal and external customers.
3. Share your ideas for quality improvement.

CCRN 2/4/13; 10/15/13 CCRN; 8/21/14 CCRN

**Subject:** follow up
**From:** carycheffy <ccheffy@siumed.edu>
**Date:** 8/21/2014 1:27 PM
**To:** Melissa Pierson <spierson@siumed.edu>

Traci Pezall is working on getting CME credentialing for our Stand Down Days. The Union can provide CMEs to staff only before or after work, not during paid work hours (which would include lunch hour).
I directed the call center to page me on stand down day with urgent calls. Your pager is on order.
Minors age 12 years old and up must give permission in order for us to give out their health information. Nurses should ask the parent to step out of the room while meds and other health information is reviewed, but the child can allow them to stay in the room. I am gathering more details and consents for us.
I have attached my behavior standards to be distributed to all of the staff. These should serve as a guide for Louise, as she requested.
Let me know if you have questions.

--
Cary Cheffy RN,BSN
Nurse Administrator
SIU Dept. of Internal Medicine
Divisions of Infectious Disease, Pulmonary,& Rheumatology

---Attachments:---

Staff Expectations.doc                                                24.5 KB

**Subject:** Re: Staffing
**From:** Anna Baker <abaker@siumed.edu>
**Date:** 1/3/2014 3:57 PM
**To:** lgriffin <lgriffin@siumed.edu>
**CC:** "pyoung@siumed.edu" <pyoung@siumed.edu>, Lucinda Buescher <lbuescher@siumed.edu>

```
Lisa,
I was aware of this and apologize I have not gotten to you this week to discuss.
I need to look at the workload for each area. I had made assignments based on
Melissa being here but will take another look. Please come in Monday prepared to
work in MOHS. Thank you.
Anna

Sent from my iPhone

On Jan 3, 2014, at 12:15 PM, lgriffin <lgriffin@siumed.edu> wrote:

01/03/14 -- Anna & Patty:      Just an FYI  that Dr. Buzzell approached me
today about working in Moh's next 2 weeks as they will be short due to Jessica
& Amy being on vacation.  He said they may need me to fill in a few days.  I
don't mind helping out  but General Derm will not be @full staff next week --
Melissa is out all week & Sherry will be out Thursday.  I wasn't sure if he had
spoken to either of you regarding this.   Since this has happened previously
without your knowledge, I wanted to make you aware. Thanks!

Lisa --Dermatology  (5-7280)
```

To whom it may concern;

I was asked to put into my own words on what I felt led up to the suspension of Louise Hole back in December 2013.

Since I'm not exactly sure what terminology was used in her suspension, I will outline a list of events that took place over the course of several months. I apologize for not having specific dates.

In early 2013 (March/April) there was a vacancy in our office for an LPN II which was filled with a nurse by the name of Heather Tracy. There seemed to be some conversation amongst staff members on who would be the best suitable person to train the new LPN staff member. Myself and Shirley Lutz were both new to the office of Dermatology just starting in October & December respectively. Anna Baker (office administrator) had chosen Sherry Cline RN to orientate the new LPN to the unit and to the practice of Dermatology. Sherry only worked part time and was off on Wednesdays & Fridays at the time. While the same outcome is achieved Sherry had a technique that was different (preparing

syringes for numbing, rooming patients, preparing trays for procedures ect.) than others. All of us nurses as we continue to learn about one another have a slightly different technique with these things. Well, it didn't take long before there was conflict between Heather & Sherry. Heather couldn't adjust to allowing Sherry train her and realizing she could adapt her own technique to get the same results and she no longer wanted Sherry to train her. With Sherry being the only RN that had been there for a bit Anna felt she was best suitable to train Heather. Heather would complain to Louise and Lisa the two LPNs that she didn't think it was right so Louise asked Anna to come to the office on a day when Sherry was off to discuss this and Anna gave her reasoning as to why Sherry would train Heather. There continued to be grumbling - all nurses did agree that yes Sherry does do things a little different, Shirley had mentioned she had a hard time learning from her (only here for 3-4 months at this time) because of the constant tangents (stories) that she would trail off to when explaining something new. Anna still felt as the training should be performed by

an RN. This behavior continued to go on for several months from being trained on the floor to being trained on the phones. I would say things while Anna was up after being called in to intervene (most of the time on Sherri's days off) that yes Sherry does things different, no they are not a good combo together, yes there was going to have to be a way to come to grip with it, no sherry doesn't work as fast as others, yes she does things a bit different. Other nurses would put their perspective into the mix. I know at one point around Heathers 3-4 month mark as her & Sherry were on phones there was a big yelling match though I don't know what it was over as I was busy - I know that Sherry went to talk to Anna & then pulled Heather into an open room and spoke with her.

I witnessed a lot of tension amongst coworkers during all of this, I witnessed Sherry being treated differently depending on if Heather was around or gone, I witnessed bitterness towards Sherry that hadn't been there prior to Heathers hire, and I witnessed a break down in the office where it seemed as though everyone worked things

out to talking being behind me another. Anna was called to the office numerous times to intervene in things that had prior never been a problem. Little things such as Sherry always went to lunch at 1130 and the rest of us would wait til clinic was over by choice. Sherry would take her whole hour the rest of us knew by waiting to go to lunch together if clinic ran over we wouldn't get an hour. So Anna was repeatedly being told by a few of the nurses that we weren't getting lunches that we were working thru our lunch, so Anna eventually made a lunch schedule, but it was constantly being said that it would never work before it was ever even tried. So as people continued to complain I personally reminded them that until you at least give the lunch schedule a try then you can't continue to complain about not getting lunch.

Well time went on and after we had been fully staffed Anna made a phone rotation that included 1 RN & 1 LPN. Each nurse did phones for two weeks. Week 1 the you were primary; week 2 you were back up. Primary was to work strictly on incoming alerts things

unless there weren't any then they were to help with hold over documents & faxes. Back up was to work on faxes & documents unless there weren't any then help on incoming alerts & flags. Heather & Sherry wound up in on phone together 1 week every 6 weeks or so. Everytime they were together there were complaints to Anna. Unfortunately, for Louise, She was always the one calling Anna because she felt she should help intervene even though the problems weren't with her they were strictly between Heather & Sherry and even though the rest of us would have little things that bothered us we kept them generally to ourselves or amongst us but Anna was always called when Heather & Sherry were on the phones together. Also Louise would do a lot of the talking when Anna was called up - most of the time Shirley & I would do a lot of listening simply because we felt that some of it was just an inability to get along.

  It got to the point that Louise called Anna up one day while Sherry & Heather were both on phones because Heather felt as though Sherry was not pulling her weight so Louise